**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

IN RE:

TONYA MONROE JACKSON

Debtor

) Chapter 7
)
) Case No. 15-70888
)

_____

## SHOW CAUSE ORDER

The Debtor's petition in the above captioned matter was filed without all of the necessary schedules. On July 14, 2015, the Court issued a Show Cause Order requiring the Debtor to file her Statement of Assistance on or before July 31, 2015 or appear in Court on August 10, 2015 and show cause why the case should not be dismissed. When the matter was called on the docket on August 10, 2015, the Debtor was not present and the Court took the matter under advisement.

The Debtor filed the required Statement of Assistance on August 20, 2015. For good cause shown, it is ORDERED that the Show Cause Order be and hereby is DISMISSED.

The Clerk shall send a copy of this Order to the Debtor and the Trustee.

Date: August 25, 2015

_____
UNITED STATES BANKRUPTCY JUDGE